## DECLARATION OF RAY GUNN

I, Ray Gunn, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, that I am over 18 years of age, that I am a resident of the State of Michigan, that I have personal knowledge of the matters set forth below, and that I could and would competently testify to the matters stated herein:

1. I was never asked to serve on any advisory board for EIA All Weather Alpha Fund I, LP or EIA All Weather Alpha Fund I Partners, LLC. I never served on any such board, never attended any meetings of such board, nor was I compensated for any role in connection with EIA All Weather Alpha Fund I, LP or EIA All Weather Alpha Fund I Partners, LLC.

2. I have never authorized my photograph or biographical background to be included in any written materials on behalf of EIA All Weather Alpha Fund I, LP or EIA All Weather Alpha Fund I Partners, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May __6__, 2022.

_____
Ray Gunn
Raymond W Gunn

1

**Exhibit F**