

HOME   AWARDS   PRESS   OUR APPROACH   WHY EIA   LEADERSHIP   CONTACT

# AFFORDABLE ACTIVE ALPHA

We capitalize on inefficiencies in the global equity markets to generate attractive absolute returns.

Learn More



Awards from preqin

EIA All Weather Alpha Partners is a quantitative hedge fund that invests in undervalued securities with a high return proposition. We utilize a proprietary analytics platform to identify opportunities and evaluate when to buy and sell stocks. Below are a few of the awards given to us by Preqin, the foremost provider of data, analytics, and insights to the alternative assets community.

## 2019 Awards

#1 Net Returns of Top Performing Relative Value Strategies Hedge Funds in 2019
#3 Net Returns of 2017-Inception Hedge Funds in 2019
#4 Net Returns of Top Performing Volatility Trading Hedge Funds in 2019
#5 Net Returns of Top Performing Hedge Funds in 2019 with Less than $100mn in AUM
#8 Net Returns of Top Performing North America-Based Hedge Funds in 2019
#16 Net Returns of Top Performing Hedge Funds in 2019

## 2017-19 Awards

#1 Net Returns of Top Performing Relative Value Strategies Hedge Funds in 2019
#1 Net Returns of Top Performing Relative Value Strategies Hedge Funds. Jan. 2017 – Dec. 2019
#1 Net Returns of Top Performing Volatility Trading Hedge Funds. Jan. 2017 – Dec. 2019
#1 Net Returns of Top Performing Hedge Funds with Less than $100mn in AUM, Jan 2017 – Dec. 2019
#2 Net Returns of Top Performing North America-Based Hedge Funds, Jan. 2017 – Dec. 2019
#3 Net Returns of Top Performing Hedge Funds, Jan. 2017 – Dec. 2019

## 2017 Preqin Awards

#1 in Net Returns for Preqin's Top Performing Relative Value Strategies Hedge Funds in 2017
#1 in Net Returns for Preqin's Top Performing Volatility Trading Hedge Funds in 2017
#1 Net Returns for Preqin's Top Performing Systematic Hedge Funds in 2017

### DEPTH
We believe that systematically evaluating a company's underlying strength and intrinsic worth is best accomplished using quantitative techniques.

### BREADTH
We believe quantitative tools can better analyze vast amounts of data with greater speed to form a more comprehensive picture of a company's growth prospects.

### DIVERSIFICATION
We believe diversifying our portfolio is critical to minimizing risk and sustaining alpha in all market environments.

## GLM Analytics: Our Quantitative Model

Framework | Fundamental Analysis | Alpha Rankings

GLM Analytics is our proprietary research system that guides buying and selling decisions for our portfolios. It utilizes cutting edge machine-learning algorithms to analyze large volumes of data.  This platform enables us to take a deeply informed and differentiated view on thousands of securities, quickly identify a subset of investment opportunities, and act on them in real time.





"We believe in win-wins, not unsustainable relationships. We are committed to a business model that prioritizes client success."

-Andrew Middlebrooks, *CEO & CIO*

## Why EIA

We are active investors, not closet indexers, and we have structured an investment process and environment that enables us to be disciplined, to be patient and to exercise good judgment.

## Leadership

Our leadership team draws from several years of investing experience to generate alpha for our investors.



### ANDREW M. MIDDLEBROOKS
#### Chief Investment Officer/Portfolio Manager

Andrew has been investing since the age of 7 when his father started offering him stocks for his birthday. during his senior year of high school for a gain of 710%. Since then, Andrew's appetite for investing has in and refined his investment strategy and principles. He has diligently translated the lessons he learned ov which ultimately evolved into his proprietary research system called GLM Analytics.Andrew started his ca House Financial Services Committee. He later worked at Steward Capital Management, a privately held in Michigan, where he was responsible for managing the front, middle and back office operations for their p March 2017 to launch EIA, which he seeded with his own capital. He draws from several years of investing investors.

tegist



ortfolio management, idea generation, and macro strategy for Li Global Investors LLC, a macro hedge ities, FX, interest rates, and commodities, with his research helping to secure investments from a aufal received a Bachelor's degree in Mathematics from the University of Michigan. He served as a f Michigan's student-run Maize & Blue Fund. Naufal's economic research has been quoted in various Business Insider. He is currently pursuing a Series 3 license from the NFA.



### CHARLES CHEN
#### COO and Head of Research

Charles Chen is a Partner at EIA and joined the firm in 2020 where he leads diligence in equity investment He has been interested in investing from a young age and follows a disciplined value philosophy. Prior to Banking Division at J.P. Morgan structuring equity and debt securities for public and private companies. I York University where he graduated from in 2015.

Case 2:22-cv-11073-BAF-CI   ECF No. 13-11, PageID.1918   Filed 05/18/22   Page 3 of 5

tegy



nager for First New York, a 35+ yr old proprietary trading / multi-strategy investment firm where he
futures, and options. Prior to First New York, Brian was a director at Bienville Capital, a multi-billion
dollar investment firm with a global macro focus.  Prior to Bienville Capital, Brian was a Vice President at Fir Tree Partners, a global, multi-billion dollar, multi-strategy hedge fund, where he invested in a broad range of public equity investments and private transactions, including commercial and residential real estate, corporate private equity, and renewable energy (helping to build one of the largest private US solar companies). Prior to Fir Tree Partners, Brian was an associate at Marathon Asset Management, a global, multi-billion dollar, credit-oriented hedge fund, in their real estate and private investments group focused on acquisitions and workouts of distressed debt, origination of high-yield loans, and a portfolio of private corporate investments in multi-billion dollar companies in the lodging and industrial real estate industries. Prior to Marathon Asset Management, Brian was an investment banking analyst at Credit Suisse where he worked on a wide range of transactions, including mergers & acquisitions, leveraged buyouts, IPOs, recapitalizations, and restructurings.  Brian started his career as an analyst in Deutsche Bank's structured finance group where he helped priced residential whole loans and packaged new issue residential mortgage-backed securities. Brian graduated from Rutgers University with a BSc in accounting.



### Caroline Chen

Marketing Communications Intern

Caroline Chen is a Marketing Communications Intern at EIA. She joined during the summer of 2020, and creates vis company's social media platforms and email campaigns. Caroline is currently pursuing a Bachelor's degree in Comm Washington-Seattle, and is interested in seeking a career in the Marketing or Public Relations industry. She wants to between businesses and clients by utilizing creativity and authenticity in the work that she creates.



## Contact Information

✉  ?eiaalphapartners.com

📞

🏢  Detroit, MI 48202

💳  Morningstar Portal Login

EIA All Weather Alpha Partners is a quantitative hedge fund which invests in mispriced securities with a high value proposition to generate alpha.

## Get In Touch

Your Name (required)

Your Email (required)

Subject

Your Message

Send



# Media and Press



### 2021 Macro Outlook
February 23rd, 2021

[2021 Macro Outlook](#)



### Infinite Loops Podcast
February 11th, 2021

Naufal Sanaullah – Macro, Psychology & Charity (EP.34)

### Odd Lots Podcast
December 14th, 2020

This Is the Macro Picture Going Into 2021



### Naufal's Real Vision Video Interview
November 22nd, 2020

VIX vs. Vax: Path Dependency and COVID-19 — Live with Naufal Sanaullah

### Naufal Quoted in Bloomberg
October 3rd, 2020

Markets Were Already Braced for Chaos

### Volatility from Voting (Podcast)
August 28th, 2020

Volatility from Voting – What Goes Up Podcast

### Naufal Quoted in Bloomberg
August 6th, 2020

The Case Against Dumping Bonds article

### Cited in Bloomberg Gold Article
July 29th, 2020

Bloomberg Gold Article

### Naufal Quoted in Bloomberg
July 28th, 2020

Your Evening Briefing: Goldman Has a Warning About the Dollar

### Naufal Quoted in Bloomberg
July 28th, 2020

Five Things You Need to Know to Start Your Day



### Commentary: Is the US recovery stalling out?
July 7th, 2020

Is the US recovery stalling out?



### Commentary: Battle of Fiscal Stimuli
May 19th 2020

Battle of Fiscal Stimuli



### Commentary: COVID-19, macro policy, and recovery
March 31st, 2020

COVID-19, macro policy, and recovery

### Naufal's Real Vision Video Interview
March 19th 2020

Macro: Facts Matter – Live with Naufal Sanaullah

### Naufal on Bloomberg's "What Goes Up" Podcast
March 19th 2020

How A Macro Manager Is Trading On One Of The Wildest Markets In History

### Naufal's Real Vision Video Interview
March 19th 2020

Reopening: A Macro Question – Live with Naufal Sanaullah

### Quoted in Bloomberg
March 16th, 2020

'Hidey Holes' Disappear as Market's Winners Turn Into Losers



### Commentary: Update on the Coronavirus's Trajectory and Impacts
March 5th, 2020

An Update on the Coronavirus's Trajectory and Impacts



### Commentary: Coronavirus and US elections
February 14th, 2020

Coronavirus and US elections

Copyright © EIA All Weather Alpha Partners

Disclaimers



## Terms & Conditions Of Use

### DISCLAIMER

Nothing presented herein is intended to constitute investment advice or sales material, and no investment decision should be made based on any information provided herein. Nothing herein constitutes an offer to sell or a solicitation of an offer to buy any security or any service. You should obtain relevant and specific professional advice before making any investment decision.

### TERMS & CONDITIONS OF USE

Access to this website is provided by EIA All Weather Alpha Partners, LLC. For purposes of this disclaimer agreement, "EIA" means EIA All Weather Alpha Partners, LLC and any affiliates, and their officers, directors, members, managing directors, partners, employees and agents. The "EIA website" means the website of EIA All Weather Alpha Partners, LLC available to the general public and located at https://eiaalphapartners.com/. Your access and viewing of the EIA website constitutes your express agreement to the following disclaimer as a pre-condition to using the site for any purpose whatsoever.

**Information Made Available on this Website:** You are permitted to store, display, analyze, modify, reformat, and print the information made available to you via these services only for your own use. You are not permitted to publish, transmit, or otherwise reproduce this information, in whole or in part, in any format to any third party without the express written consent of EIA. In addition, you are not permitted to alter, obscure, or remove any copyright, trademark or any other notices that are provided to you in connection with the information. EIA reserves the right, at any time and from time to time, in the interests of its own discretion and business judgment to add, modify, or remove any of the information. These Terms and Conditions of Use are not intended to, and will not, transfer or grant any rights in or to the information other than those which are specifically described herein, and all rights not expressly granted herein are reserved by EIA or the third party providers from whom EIA has obtained the information. You are required to read and abide by any additional terms and conditions that may be posted on this website from time to time concerning information obtained from specific third party providers. Such third party providers shall have no liability to you for monetary damages on account of the information provided to you via this website.

**EIA makes no warranties regarding content and assumes no responsibilities to update:** EIA makes no warranty, express or implied, concerning this website. The information provided by EIA and any third party providers are on an "AS IS" basis and your use is at your sole risk. EIA expressly disclaims any implied warranty of merchantability or fitness for a particular purpose, including any warranty for the use or the results of the use of the services with respect to their correctness, quality, accuracy, completeness, reliability, performance, timeliness, or continued availability.

Neither EIA nor any of its third party providers shall have any responsibility to maintain the data and services made available on this website or to supply any corrections, updates, or releases in connection therewith. Availability of data and services are subject to change without notice.

**Password Protected Portions of this website:** By accessing the password-protected area of this website, you agree to immediately contact EIA if there is any change in your status or attributes you indicated when you requested a password.

**Monitoring by EIA:** Your use of the products and services set forth on this website may be monitored by EIA, and EIA may use the resulting information for its internal business purposes or in accordance with the applicable rules of any regulatory or self-regulatory organization.

**No liability for content; no liability arising from use:** EIA shall have no liability, contingent or otherwise, to you or to third parties, or any responsibility whatsoever, for the failure of any connection or communication service to provide or maintain your access to this website, or for any interruption or disruption of such access or any erroneous communication between EIA and you, regardless of whether the connection or communication service is provided by EIA or a third party service provider. EIA has no liability, contingent or otherwise, to you or to third parties, for the correctness, quality, accuracy, timeliness, reliability, performance, continued availability, completeness or delays, omissions, or interruptions in the delivery of the data and services available on this website or for any other aspect of the performance of this service or for any failure or delay in the execution of any transactions through this service. In no event will EIA be liable for any special, indirect, incidental, or consequential damages which may be incurred or experienced on account of you using the information or services made available on this website, even if EIA is advised of the possibility of such damages. EIA has no responsibility to inform you of any difficulties experienced by EIA or third parties with respect to the use of the website or to take any action in connection therewith.

**No warranties made as to security:** EIA makes no warranty whatsoever to you, express or implied, regarding the security of this website, including with respect to the ability of unauthorized persons to intercept or access information transmitted by you through this website.

**System Outages, Slowdowns, and Capacity Limitations/Delays in Order Routing, Executions, and Trade Reports:** As a result of high Internet traffic, transmission problems, systems capacity limitations, and other problems, you may, at times, experience difficulty accessing the website or communicating with EIA through the Internet or other electronic and wireless services. Any computer system or other electronic device, whether it belongs to you, to an Internet service provider or to EIA, can experience unanticipated outages or slowdowns, or have capacity limitations.

**Do not construe any content to be a solicitation or recommendation:** This material has been prepared for informational purposes only without regard to any particular user's investment objectives, financial situation, or means, and EIA is not soliciting any action based upon it. This material is not to be construed as a recommendation; or an offer to buy or sell; or the solicitation of an offer to buy or sell any security, financial product, instrument or service; or to participate in any particular trading strategy in any jurisdiction in which such an offer or solicitation, or trading strategy would be illegal. Investing involves risk, including risk of loss of some or all of your investment. Although the information on this website is based upon information that EIA considers reliable and endeavors to keep current, EIA has not verified this information and does not represent that any material is accurate, current, or complete and you should not rely upon it as such.

**No determination of suitability has been made; not all risks are disclosed; private advisors should be consulted:** The fact that EIA makes the data and services provided on this website available to you does not constitute either a recommendation that you enter into a particular transaction or relationship or a representation that any product or service described on this website is suitable or appropriate for you. Many of the services and products described on this website involve significant risks, and you should not enter into any relationships, arrangements or transactions unless you fully understand all such risks and you have independently determined that such transactions are appropriate for you. Any discussion of the risks contained herein with respect to any product should not be considered to be a disclosure of all risks or complete discussion of the risks which are mentioned. Do not construe any of the material contained on this website as business, financial, investment, hedging, trading, legal, regulatory, tax, or accounting advice, and do not use this website as the primary basis for any investment decisions made by you or on your behalf, by your accountants, or by your managed or fiduciary accounts. You should consult your business advisor, attorney, and tax and accounting advisors concerning any contemplated relationships, arrangements or transactions.

**No representations made as to other sites or links:** This website may provide links to other Internet sites (the "Sites") sponsored and maintained by third parties. EIA provides those links solely as a convenience to you. Accordingly, EIA makes no representations concerning the content of the Sites. The fact that EIA has provided a link to Sites does not constitute an endorsement, authorization, sponsorship, or affiliation by EIA with respect to the Sites, its owners, or its providers. EIA has not tested any information, software, or products found on any of the Sites and therefore does not make any representations with respect thereto, including any representations regarding the content or sponsors of the Sites, or the suitability or appropriateness of the products or transactions described therein.

### PRIVACY POLICY

EIA All Weather Alpha Partners, LLC ("EIA") is committed to protecting the privacy of our clients and potential clients. In keeping with this commitment, this statement discloses the nature and purpose of personal information we collect through our website. It also specifies the privacy options you may exercise with respect to this personal information.

#### Personal Identifying Information

When you send e-mail, order printed materials or request other services through our website, you may be asked to provide certain information, including personal identifying information. This information enables us to provide the service you request accurately and efficiently. It is also used in our marketing efforts to provide you with relevant information about our products and services that may interest you. We also ask for this information in order to limit, where appropriate, access to materials that are not intended or appropriate for certain types of investors. For example, we may, from time to time, post certain communications intended for existing institutional investors which are not appropriate for retail investors, and request identifying information to determine that a given site visitor, in fact, meets such criteria so that it would be appropriate to grant access to such information.

In addition, EIA collects and maintains your personal identifying information so we can provide investment management services to you. The types and categories of information we collect and maintain about you include:

- Information we receive from you to open an account or provide investment advice to you (such as your home address, telephone number, and financial information);
- Information that we generate in managing your account (such as trade tickets and account statements); and
- Information that we may receive from third parties with respect to your account (such as trade confirmations from brokerage firms).

To provide investment management services to you, we permit access to your personal identifying information in very limited instances, which include:

- Disclosures to companies – subject to strict confidentiality agreements – that perform services on our behalf (such as our technology consultants who assist in maintaining our computer systems); and
- Disclosures to companies as permitted by law, including those necessary to manage your account (such as providing account information to brokers and custodians).

EIA does not sell, rent, or share (except as described in this Privacy Policy) any personal identifying information about our customers with other companies or entities.

#### How We Protect Your Personal Information

To fulfill our privacy commitment at EIA, we have instituted firm-wide practices to safeguard the information that we maintain about you. These include:

- Adopting policies and procedures that put in place physical, electronic, and other safeguards to keep your personal information safe.
- Limiting access to personal identifying information to those employees who need it to perform their job duties.
- Requiring third parties that perform services for us to agree by contract to keep your information strictly confidential.
- Protecting information of our former clients to the same extent as our current clients.

#### General Website Traffic Information

When you enter a EIA website, the server collects data on your domain name (but not your e-mail address) and tracks your movements throughout the web site. We gather this information to help us improve the website's usefulness and ease of navigation. However, this information contains no personal identifying information, and we use it only to analyze the performance of the web site. We do not track your browsing path once you leave a EIA web site.

#### Your Privacy Options

By using EIA's website, you consent to the collection and use of the information described above under "General web Traffic Information." By providing any specific information requested on a website form, you consent to the use of that information in the manner described above under "Personal Identifying Information."

#### Opt-out

Regardless of whether you have provided information to EIA, we will honor any request to remove your personal identifying information from our databases and to halt future marketing contacts based on that information. To register such a request or to comment on any aspect of our privacy policy, please e-mail: info@eiaalphapartners.com.

#### Protecting Children's Privacy Online

Our website is not directed to individuals under the age of thirteen (13). We do not intentionally collect information on the EIA website from those we actually know are under 13, and we request that these individuals do not provide personal information through the sites.

EIA reserves the right to change the terms of its privacy policy at any time. If we do change this privacy policy, we will post the changes on this web site. We encourage you to review this privacy policy each time you visit our website to make sure you understand our current policy on collecting and using customer information.

Copyright © EIA All Weather Alpha Partners

Disclaimers