# EIA All Weather Alpha Fund I, L.P.

**Q4 2017**

## FUND INFORMATION

| | |
|---|---|
| Portfolio Manager: | Andrew Middlebrooks |
| General Partner: | EIA All Weather Alpha Partners, LLC |
| Structure: | Evergreen |
| Inception: | January 1, 2017 |
| Benchmark: | SPDR S&P 500 |
| Firm AUM: | $4 million |
| Fund AUM: | $500,000 |
| Subscriptions: | Monthly |
| Redemptions: | Monthly |
| Lock-up: | 180 Days |
| Management Fee: | 2% (1st year), 1.75% (2nd year), 1.50% (3rd year) |
| Incentive Fee: | 20% |
| Annual Hurdle Rate: | 7% |
| High Water Mark: | Yes |
| Min Investment: | $10,000 |
| Prime Brokers: | Goldman Sachs & Interactive Brokers |
| Auditor: | Deloitte |
| Admin: | North Street Global |
| Legal: | Thompson Coburn |

## FUND STRATEGY:

The EIA All Weather Alpha Fund I, L.P. is a quantitative long/short equity fund which exploits inefficiencies in the global equity markets to achieve attractive absolute returns. It invests in high-quality businesses that are trading at a discount to their intrinsic value. The Fund's objective is to outperform the S&P 500 and generate an annual return of at least 7%.

The Fund utlizes GLM Analytics, a proprietary quantitative research platform, to identify investment opportunities, forecast returns, evaluate when to buy and sell stocks and measure portfolio risk. This analytics platform assesses both quantitative and qualitative factors, and it allows the Portfolio Manager to manage the Fund unencumbered by emotions or inherent bias.

## PORTFOLIO RETURNS

| YR | Jan | Feb | Mar | Q1 | Apr | May | Jun | Q2 | YTD |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 7.34% | 1.30% | 2.83% | 11.82% | 14.40% | 12.58% | 0.65% | 29.63% | |
| | Jul | Aug | Sep | Q3 | Oct | Nov | Dec | Q4 | 117.3% |
| | 2.33% | 7.20% | 11.31% | 22.10% | 10.64% | 7.27% | 3.43% | 22.75% | |

## PERFOMANCE STATISTICS

**ACTIVE RETURN**: 95.4%

**CUMULATIVE RETURN**: 117.3% (EIA All Weather Alpha Partners) vs 21.8% (SPDR S&P 500)

## REALIZED RISK

| | Portfolio | S&P 500 |
|---|---|---|
| Realized Tracking Error (%): | 14.78 | 0.00 |
| Realized Alpha (%): | 89.20 | 0.00 |
| Realized Beta: | 1.19 | 1.00 |
| Sharpe Ratio: | 6.93 | 3.63 |

## PORTFOLIO STATISTICS

| | Portfolio | S&P 500 |
|---|---|---|
| Number of Holdings: | 57 | N/A |
| Profitable Periods (%): | 69.81 | 66.04 |
| Batting Average: | 0.66 | 0.32 |
| Maximum Drawdown (%): | -4.53 | -2.07 |

## TOP / BOTTOM CONTRIBUTORS

| | Average Weight | Portfolio Return | Portfolio Contribution |
|---|---|---|---|
| **TOP 5** | **21.64%** | | |
| Straight Path Communications | 4.69% | 430.52% | 23.96% |
| Bitcoin Investment Trust | 1.31% | 102.61% | 10.44% |
| Fiat Chrysler | 3.25% | 95.61% | 5.71% |
| Tesla | 5.44% | 45.70% | 5.32% |
| Amazon | 6.95% | 55.96% | 5.11% |
| **BOTTOM 5** | **1.79%** | | |
| Ferrari | 0.59% | -7.36% | -0.25% |
| Navient Corp. | 0.06% | -6.70% | -0.09% |
| DTE Energy | 0.53% | -1.52% | -0.05% |
| Hertz Global | 0.31% | -4.70% | -0.04% |
| Carmax | 0.30% | -6.34% | -0.03% |

## TOP / BOTTOM SECTORS

| | Average Weight | Portfolio Return | Portfolio Contribution |
|---|---|---|---|
| **TOP 5** | **94.57%** | | |
| Financials | 25.01% | 99.21% | 27.66% |
| Technology | 32.38% | 78.22% | 25.79% |
| Telecom Services | 8.13% | 239.35% | 25.20% |
| Consumer Cyclicals | 25.83% | 80.61% | 22.79% |
| Healthcare | 3.22% | 79.36% | 6.43% |
| **BOTTOM 5** | **4.74%** | | |
| Industrials | 0.76% | 7.67% | 0.38% |
| Consumer Non-Cyclicals | 0.49% | 25.01% | 0.72% |
| Utilities | 0.93% | 133.66% | 1.08% |
| Basic Materials | 1.58% | 56.84% | 1.49% |
| Energy | 0.98% | 54.53% | 2.04% |

*The data presented above reflects unaudited performance results for a portfolio managed by EIA All Weather Alpha Partners, LLC, the General Partner for the EIA All Weather Alpha Partners Fund I, using the same investment strategy as the Fund.*

**EIA All Weather Alpha Partners, LLC**
7650 Second Ave., Ste. 224, Detroit, MI 48202 | 248.990.1938 | info@eiaalphapartners.com | www.eiaalphapartners.com

Exhibit 30