# EIA All Weather Alpha Fund, LP

**We capitalize on inefficiencies in the global equity markets to generate attractive absolute returns.**



## OUR GOAL IS TO DELIVER ACTIVE, AFFORDABLE ALPHA

### FUND OVERVIEW

The All Weather Alpha Fund ("AWAF") is Michigan's first minority-owned and operated hedge fund. AWAF is a quantitative long/short global equity fund managed by Andrew Middlebrooks, which invests in undervalued securities with long-tailed growth prospects.

AWAF utilizes GLM Analytics, a proprietary model, to identify opportunities resulting from mispriced fundamentals and evaluate when to buy and sell stocks.

The Fund is unconstrained by geography, market cap, sector, asset class or credit rating. We can "go anywhere" to discover value and generate alpha.

*Please see the accompanying factsheet for our performance track record.*

### FUND OBJECTIVES

- To outperform the S&P 500
- Generate an annual return of at least 7%
- Long-term capital appreciation
- Earn income from dividends
- Limit downside risk
- Target fund size of $30 million – $50 million

### STRONG TRACK RECORD

Our proprietary analytics platform automates our investment process. Previous incarnations of our quantitative model have consistently outperformed the S&P 500.

### ALIGNMENT OF INTERESTS

Our firm is wholly employee-owned and our leadership team is personally invested alongside our limited partners. We are therefore strongly aligned with the financial interests of our investors.

### RISK MANAGEMENT

We institute automated risk controls on a daily basis at both the portfolio and position level, including daily stress tests, market change simulations, and setting hard limits.

### GLM ANALYTICS FRAMEWORK

GLM Analytics is our proprietary research system that guides buying and selling decisions for our portfolios. It utilizes cutting edge machine-learning algorithms to analyze large volumes of data. This platform enables us to take a deeply informed and differentiated view on thousands of securities, quickly identify a subset of investment opportunities, and act on them in real time.

### FUNDAMENTAL ANALYSIS

GLM Analytics automates the analysis, development, testing, execution and risk management of investment strategies, leveraging a variety of data sources. It combines top down macroeconomic analysis with bottom-up fundamental analysis to identify high-quality securities trading at a discount to their intrinsic value.

### ALPHA RANKINGS

Each stock in the universe is assigned an alpha score based on the company's fundamentals and growth prospects, market dynamics and industry events. Investment opportunities are ranked according to their alpha scores which forms the basis of our buy and sell decisions.



Analysis of 3,000+ listed stocks and ETFs in real time



### ANDREW M. MIDDLEBROOKS
*Chief Investment Officer and Portfolio Manager*

Andrew has been investing since the age of 7 when his father started offering him stocks for his birthday. He purchased Nike for $6.25 and sold it during his senior year of high school for a gain of 710%. Since then, Andrew's appetite for investing has increased, and he has continually improved and refined his investment strategy and principles. He has diligently translated the lessons he learned over the years into computer algorithms, which ultimately evolved into his proprietary research system called GLM Analytics. Andrew started his career as a Legislative Aide and Deputy Press Secretary to a member of the U.S. House Financial Services Committee. He later worked at Steward Capital Management, a privately held investment management firm based in Michigan, where he was responsible for managing the front, middle and back office operations for their private equity funds. Andrew left SCM in March 2017 to launch EIA, which he seeded with his own capital. He draws from several years of investing experience to build value for our investors.

**EIA All Weather Alpha Partners, LLC**
7650 Second Ave., Ste. 224, Detroit, MI 48202 | 248.990.1938 | info@eiaalphapartners.com | www.eiaalphapartners.com

Exhibit 31

SEC-PREQIN-E-0000199

# Disclaimers



Elα All Weather Alpha Partners Fund I, L.P. is a Delaware limited partnership (the "Fund"). Its general partner is Elα All Weather Alpha Partners, LLC. (the "General Partner"), a Michigan limited liability company. The General Partner will also be the Fund's investment adviser (the "Investment Manager"). The General Partner is exempt from registration as an investment adviser with the SEC and in Michigan under an exemption available to advisers whose only clients are "private funds" (such as the Fund) and that satisfy certain other requirements. The General Partner's principal is Andrew M. Middlebrooks, who will manage the Fund's securities portfolio on behalf of the General Partner.

Elα All Weather Alpha Partners Fund I, L.P.(the "Fund"), the first fund managed by Elα All Weather Alpha Partners, LLC., is being established to invest in securities, derivatives and other financial instruments that, in the portfolio managers' opinion, offer the opportunity for long-term growth of capital. As well as, intended to generate a high level of income from a wide array of sources.

This investment strategy involves identifying instances where the portfolio manager believes the capital markets have mispriced investment opportunities and exploiting price discrepancies and inefficiencies in the market. The fund's strategy is not limited by investment style or asset class, and the portfolio managers have the ability to tactically move across asset classes and up and down the capital structure in an effort to access the greatest yield and valuation opportunities. The portfolio managers believe that this flexible approach will allow the fund to maintain a high level of income while also preserving the opportunity for growth over time.

There is no assurance that any company selected for investment will, once categorized in one of the three described investment categories, continue to have the positive characteristics or fulfill the expectations that the advisor had for the company when it was selected for investment, and any such company may not grow or may decline in earnings and size. The Fund selects foreign securities issued by companies domiciled in countries whose currencies are freely convertible into U.S. dollars, or in companies in other countries whose business is conducted primarily in U.S. dollars (which could include developing countries). Debt obligations may be considered for investment if Elα All Weather Alpha Partners, LLC. believes them to be more attractive than equity alternatives, or to manage risk. The Fund may purchase debt obligations of any maturity and of any credit quality, including "high yield" or "junk" bonds. There is no minimum credit quality or rating of debt obligation the Fund may purchase.

The Fund may invest in derivative instruments such as options, futures contracts, options on futures contracts, and swap agreements to the extent Elα All Weather Alpha Partners, LLC. believes such investments may assist the Fund in pursuing its investment goal.

Debt obligations may be considered for investment if Elα All Weather Alpha Partners, LLC. believes them to be more attractive than equity alternatives, or to manage risk. The Fund may purchase debt obligations of any maturity and of any credit quality, including "high yield" or "junk" bonds. There is no mini- mum credit quality or rating of debt obligation the Fund may purchase.

In addition to identifying instances where the manager believes the capital markets have mispriced investment opportunities and exploiting price discrepancies and inefficiencies in the market, the fund will also invest in cash distributing equity, and equity-like securities, fixed income securities, derivatives, and other financial instruments of issuers located anywhere in the world. The cash distributing securities in which the fund may invest include, but are not limited to, common stock, business development companies, real estate investment trusts ("REITs"), master limited partnerships ("MLPs"), closed-end investment companies, exchange traded funds ("ETFs"), preferred stock, convertible securities, securities issued through private placements, trust preferred securities, investment grade corporate bonds, below investment grade corporate bonds (commonly known as "junk bonds"), royalty trusts, asset-backed and mortgage-backed securities, private mortgage-related securities, including non-U.S. mortgage pass- through securities, U.S. government and agency bonds, sovereign government and agency bonds, bank loans, emerging market debt, equipment trust certificates, money market instruments, zero coupon bonds, indexed securities, including those that are linked to currencies, and inflation-indexed securities, structured notes including those that are linked to currencies, depositary receipts, and floating rate debt instruments. The fund can invest without limit in foreign securities in any country, including countries with developing or emerging markets.

Derivatives may be used by the fund as a hedging technique in an attempt to manage risk; as a substitute for buying or selling securities; to provide additional exposure to investment types or market factors; to change the characteristics of the fund's portfolio; and/or in an attempt to enhance income or returns. Derivative instruments the fund may use include, but are not limited to, covered calls, forwards, including currency forwards, futures, structured notes, swaps, caps, floors, and collars. The fund's derivative investments may be significant at times. Although the portfolio managers have the flexibility to make use of derivatives for hedging purposes, they may choose not to for a variety of reasons, even under very volatile market conditions.

EIA All Weather Alpha Partners, LLC
7650 Second Ave., Ste. 224, Detroit, MI 48202 | 248.990.1938 | info@eiaalphapartners.com | www.eiaalphapartners.com

Exhibit 31

SEC-PREQIN-E-0000200