UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,                                             Civil Action No. 22-CV-11073

vs.                                                                          HON. BERNARD A. FRIEDMAN

ANDREW M. MIDDLEBROOKS, et al.,

    Defendants,

EIA ALL WEATHER ALPHA
FUND I, LP, et al.,

    Relief Defendants.
_____/

### ORDER SETTING A HEARING ON RELIEF DEFENDANT'S APPLICATION FOR RELEASE OF FUNDS AND DEFENDANTS' MOTION TO STAY PROCEEDINGS

        The Court shall hold a hearing on (1) relief defendant Shop Style Shark LLC's "application for release of funds for payment of Dionne Middlebrook[s'] daily living expenses" (ECF No. 27), (2) defendants' motion to stay proceedings (ECF No. 28), and (3) relief defendant Shop Style Shark LLC's concurrence with defendants' motion to stay (ECF No. 29). The hearing shall be held on Tuesday, August 9, 2022, at 2:00 p.m. at the Theodore Levin United States Courthouse in Detroit, Michigan, Courtroom 110.[1]

        The parties are advised to bring with them to the hearing all relevant documentation covered under the parties' stipulated order "granting preliminary injunction, asset freeze, and other relief" (ECF No. 26), all relevant documentation previously requested by opposing counsel, and all other documentation that may be necessary to resolve the pending application and motion.

        SO ORDERED.

                                                s/Bernard A. Friedman
Dated: July 28, 2022                                            BERNARD A. FRIEDMAN
       Detroit, Michigan                                       SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Out-of-state defendants and relief defendants may participate in the hearing via Zoom.

## ZOOM VIDEO CONFERENCE POLICIES AND GUIDELINES

**General Court Policies:**
- All in-court proceedings will be considered the same as if held in the courtroom and an official record will be made. Appropriate attire is required.
- The judge has authority over the proceeding and participants as if they were physically present in chambers or the courtroom.
- The judge may terminate the proceeding if the video conference experience is not acceptable.
- Appropriate conduct is required. Be courteous and patient.
- For in-chambers conferences, an official record will not be made, unless the judge determines one is necessary. Connection information may not be forwarded, distributed or shared with non-parties without the Court's advance approval.
- Broadcasting, recording or photographing, including "screenshots" or other visual copying of a proceeding, is strictly prohibited.

**Technical Responsibilities:**
- The court will not provide technical assistance for testing or troubleshooting equipment or connections, nor provide time during the proceeding to troubleshoot issues.
- Participants should take time prior to the proceeding to become familiar with Zoom. Directions, tutorials and support can be found at https://zoom.us. Devices and connections can be tested at https://zoom.us/test.
- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality connection.

**Connecting to the Proceeding:**
- If a connection link has been provided, click the link to join (or copy and paste the link into a web browser). If prompted, download or launch Zoom and join with video and audio.
- Alternatively, visit https://zoom.us/join from a computer and enter the Meeting or Webinar ID. If prompted, download or launch Zoom and join with video and audio.
- For Apple/Android tablets and phones, install the Zoom App from the Apple or Android Store prior to the proceeding. Launch the Zoom App and join using the Meeting or Webinar ID.

**Best Practices:**
- Use your full name in the display of the video window.
- Mute sound when not speaking to eliminate background noise.
- Unmute only when necessary to speak. Press the space bar to temporarily unmute.
- Avoid rustling papers and other extraneous noises.
- Speak one at a time.
- Spell proper names.
- Position the camera at eye level or slightly above eye level.
- Remember to look directly at the camera, not at the screen.
- Be mindful of what is behind you. Choose a solid neutral wall, if possible.
- Have proper lighting, ideally where light is directly on your face.